Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**UNITED STATES OF AMERICA**

V.                                                                INDICTMENT NO. 7:25-cr-016-DLB

**JUSTIN BRYANT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about December 11, 2023, in Floyd County, in the Eastern District of Kentucky,

**JUSTIN BRYANT**

did knowingly and intentionally possess with the intent to distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about December 11, 2023, in Floyd County, in the Eastern District of Kentucky,

**JUSTIN BRYANT**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about December 11, 2023, in Floyd County, in the Eastern District of Kentucky,

**JUSTIN BRYANT**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus, Model G3C, 9mm pistol with serial number ABE619803, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about March 1, 2025, in Floyd County, in the Eastern District of Kentucky,

**JUSTIN BRYANT**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Count 1 and 4 of the Indictment, **JUSTIN BRYANT** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **JUSTIN BRYANT** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **JUSTIN BRYANT** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **JUSTIN BRYANT** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS:**

a. Taurus, Model G3C, 9mm pistol with serial number ABE619803; and
b. All associated ammunition and accessories.

A TRUE BILL

███████████████

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 3:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNT 4:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Felony Drug Offense or Violent Crime Offense :** Not less than 10 years imprisonment nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.